FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 6 2010

GREGORY C. LANGHAM
CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. '10 - CV - 00930 BnB

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

RAUL SAENZ, DOC 124970, Park County Jail No. 0004898,

      Plaintiff,

v.

PARK COUNTY JAIL,

      Defendant.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
## DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

      Plaintiff has submitted a letter to the court and a "Prisoner's Civil Rights
Complaint." He has failed either to pay the $350.00 filing fee or to file a Prisoner's
Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. As part of the
court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the
submitted documents are deficient as described in this order. Notwithstanding the
deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff
will be directed to cure the following if he wishes to pursue his claims. Any papers
which the Plaintiff files in response to this order must include the civil action number on
this order.

**28 U.S.C. § 1915 Motion and Affidavit:**

(1)   **X**   is not submitted
(2)   ___   is missing affidavit
(3)   **X**   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information
(6)   ___   is missing an original signature by the prisoner
(7)   ___   is not on proper form (must use the court's current form)
(8)   ___   names in caption do not match names in caption of complaint, petition or habeas application
(9)   ___   An original and a copy have not been received by the court. Only an original has been received.
(10)   **X**   other: **Motion is necessary only if $350.00 filing fee is not paid in advance.**

**Complaint, Petition or Application:**

(11)   ___   is not submitted
(12)   **X**   is not on proper form (must use the court's current form)
(13)   ___   is missing an original signature by the prisoner
(14)   ___   is missing page nos. ___
(15)   ___   uses et al. instead of listing all parties in caption
(16)   ___   An original and a copy have not been received by the court. Only an original has been received.
(17)   ___   Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)   ___   names in caption do not match names in text
(19)   ___   other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, two copies of the following forms: Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 23d day of *April*, 2010.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


**AMENDED CERTIFICATE OF MAILING DOCUMENT 1**
**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING**
**PLAINTIFF TO CURE DEFICIENCY**

Civil Action No. 10-cv-00930-BNB

Raul Saenz
Prisoner No.  124970
2925 E. Las Vegas St.
Colorado Springs, CO 80294-3589


I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint forms** to the above-named individuals on 4/27/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. '10 - CV - 00930

Raul Saenz
Prisoner No. 124970
Park County Jail
P.O. Box 965
Fairplay, CO 80440

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint forms** to the above-named individuals on ___4/26/10___

GREGORY C. LANGHAM, CLERK

By:_____
                    Deputy Clerk