Raul Saenz #DOC 124970 / Park County Jail 0004898
__Full Name/Prisoner Number__

2925 E. Las Vegas St. 80906 RS
Colo. Springs, CO. 80906
__Complete Mailing Address__

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 6 2010

GREGORY C. LANGHAM
CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. __10 - CV - 00930__
(To be supplied by the Court)

Raul Saenz DOC 124970
Park County Jail No: 0004898                      , Plaintiff(s),
__Full name(s) and prisoner number(s)__
(Do not use *et al.*)

v.

Park County Jail
P.O. Box 965 Fairplay, CO. 80440                  , Defendant(s).
(Do not use *et al.*)

## PRISONER'S CIVIL RIGHTS COMPLAINT

### A. PARTIES

1. __Raul Saenz__ is a citizen of __United States__ who
   (Plaintiff)                                    (State)
   presently resides at __Park County Jail - P.O. Box 965 Fairplay, CO. 80440__
                        (mailing address or place of confinement)

2. Defendant __Park County Jail - P. Courtney (RN)__ is a citizen of __U.S.__
              (name of first defendant)                              (State)
   whose address is __P.O. Box 965 Fairplay, CO. 80440__,
   and who is employed as __a nurse at Park County Jail__. At the time the claim(s)
                          (title and place of employment)

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 19 2010

GREGORY C. LANGHAM
CLERK

Rev. 5/96

2. Are you in imminent danger of serious physical injury? ✓ Yes ___ No. If your answer is "Yes," please describe the facts in detail below without citing legal authority or argument.

long term injury due to back problem's and migrain headaches starting to feel numness to legs and arms, And bad tooth that i ask al have that wornt take out in fact mouth will cause serious physical danger to person.

## G. REQUEST FOR RELIEF

I request the following relief: From headaches and back pain and tooth aches. And why I get real bad when I dont get to eat all my food, I get dizzy and lite headach and very shaky. And feel like passing out.

_____           _Paul Jae_____
Original signature of attorney (if any)           Prisoner's Original Signature

_____

_____

Attorney's full address and telephone

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _CMRC Colo Springs_ on _4/14/10_.
              (location) Colo.           (date)

                                        _Paul Jae_____
                                        Prisoner's Original Signature

Rev. 5/96                    6

alleged in this complaint arose, was this defendant acting under color of state law?
_✓_ Yes ___ No. If your answer is "Yes," briefly explain:
She was at work at Park County Jail as head nurse

3. Defendant _____ is a citizen of U.S.
   (name of second defendant)                         (State)

whose address is P.O. Box 965 Fairplay, CO, 80440

and who is employed as Park County Jail (P. Courtney (RN)) at the time the claim(s)
   (title and place of employment)

alleged in this complaint arose, was this defendant acting under color of state law?
_✓_ Yes ___ No. If your answer is "Yes," briefly explain:


(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

   _✓_     42 U.S.C. § 1983 (applies to state prisoners)

   ___     *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

\* Failure to render medical aid from Deputy staff and or Medical staff.

Rev. 5/96                                    2

## C. NATURE OF THE CASE

BRIEFLY state the background of your case. Violation of my Eighth Amendment rights medical care, from medical staff and Dupty's, failing to render aid from both Dupty's and Medical staff when requested it, and when both Dupty's staff and medical staff seen first hand that I needed medical attention, But would not give me any, But choose to look the other way. Four day's no one would help me, Had to be taken to hosp. On the fith day, over 90% of my face's swollen.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** I arrived at Park County on Feb. 18, 2010 with a serious pre-existing medical condention. And spical diet. Medical was made aware of this at intake. On Feb. 19, 2010

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.) Patrick Sanchez #147219 Marlin Baylon Apodaca, Santos Zanbrano #134526, Alex Vega #137723 Harald Martin #_____, James Nuernberg #110726, Christopher Foster #144107, Carl Avery #103779, Medical staff at Denver Health and medical records and x-ray's, And at Denver Gen. witiess, there where 20 inmates plus. One Dupity, Other's have been moved by the time i got back from hosp. All were there and hered Mrs. Courtney

**Claim II:** _____

Supporting Facts:

Rev. 5/96                                    3

① 

("1) Cause of Action.")

On Feb. 19, 2010 I spoke with the nurse (P. Courtnay RN.) about my allergy's to Food and Med's, and that I had a lot of dental problem's. At that time in the pod with 20 other inmate's and a dupty, i showed her (nurse) my teeth and Face which was already swollen, about 35% of right side of my face. The nurse just made a comment in front of everybody, "You should have taken better care of your teeth"! And then she turned around and walked off, left the pod. Everybody hard what she said. Later that nite due to the seriousness of my infection in my mouth. And not being able to eat, (some typo) i start to feel real bad. I keeped asking for medical help so did my celly Marlin Boylon Apdaca who arrived with me to Park county jail. No one would help me at all, All they would say is "I will let the nurse know". the went on intell Feb. 20, 2010, I was asking a dupty at the door to pod at lunchtime, I couldn't talk face swollen over 90% i had to write everything down I told him please help me, buy this time a corpl. came to the door and reed what i wrote down and that i was asking for help "Please!" He looked at my Face and saw how bad it was swollen. And the corpl. said he would get me something for the pain and swollen. He returned with 3 pack's of orasal Gal 20% net wto.75 g, and 800 mg. Ibuprophen, (I'm allergic to). But being in so much pain i didn't understand what he was given me (I trusted him). I went to my cell to aply the orasal gal, and then took the Ibuprophen. As the orasal gal started to work a little, I started thinking on what the corpl. had given

over→

(2)

given me, when i realize what he had given me i ran to my cell and started to throw up, I was able to get the Ibuprophen out. But was not feeling very good. The nurse finely got there and checked me out and gave me two benadril. But nothing was done about my dental problem or pain or food! I still havn't eat in 3 days now! On Feb. 20, 2010 after 8:30pm people (inmates) started getting mad because dupty's or medical would not help me. On Feb. 21, 2010. Finely started looking at me. By this time my face was over 90% swollen. I could bearly see out of my left eye. And low blood suger hit me. No one helped me on that ether. They just said the nurse knows. The inmate's started helping me with suger water. But was left there all nite again in pain suffering intell morning, Feb. 22, 2010 and it was after 10:00 am. before the nurse her self came and saw me. And said that it was bad and told the sgt. that i had to go to the hosp. in Denver Now!!! I was in Denver Health from, Feb. 22, 23, 24, 25, 2010. Was returned back to Park County jail. With Medical Packet from Denver Health. Med's and a diet order. Did recieve med's the next day (once's) but no diet. Just eat what I could which was nothing they gave me. Inmates gave me suger with water. I let dupty's know, they tell me that's all I'm getting per. nurse order! On Feb. 27, 2010 my right side face started to swelle up again and with much pain told dupty at lunch he said there is nothing he can do and starter laughing because of my face being swollen. I turned around and went to my cell. About 6:30pm. I couldn't take the pain went down stairs and it was dinner time

(next)

(1st cause of Action)

③

showed the duty, He pulled me out to day room. Then they took me to Denver Gen. they gave me somethig. for pain and swollening. they asked if i was taken the meds and eating my diet. they had given me. I told them no. the Doc. and nurse asked me why? I told them that i was just an inmate that they would have to ask Park county. county and medical staff. I wrote a park county jail inmate resolution request on Feb. 28, 2010 and wonted to griev. it. and told them the per the American civel liberties union. All of this unjust and unethicle blatent disregarde for my health and will being is a clear vilolation of my civel rights and my family, self will not stand for it any longer. On March 1, 2010, I was asleep. After having a very bad nite of pain. At 10:50 am my door was opened by the capt. and nurse RN. they give me a few min. to wake up. then i was told to come down stairs. and was asked to step out side the pod so no one could here. the capt. came at me with questions, why i was writing a resolution request form. the capt. seen very hostel towards me because of it. then after a few min. of him (capt.) passing back and forth and standing with his arms crossed. He said if i had any money and i said no and he said that i needed to give him the address to my family so that they can pay for all of my medical. this hole time the nurse just looked down at the floor. I told the capt. I told the capt. if the nurse would have done her job, the medical bill wouldn't be so hi.

Capt. got more hostal and showed my health was not an issue but me writing a grievance on this face and medical was. And I told him that i was not getting my meds or diet he didn't say anything about it. All he would say is be sure we get the address to his family so we can send them the bill! Then he open the door to the pod for me to go back in. It's March 8, 2010 in still having problems with teeth they didn't get all bad teeth out I don't know why, and every now an then i get food i can eat. Still medical doesn't help me with this or my other medical needs, Back pain, very bad headaches, high blood pressure, problems with blood sugar. So i do what i can to make it.

Paul Saenz.

March 8, 2010  3:30 pm.

P.S. Yes it was pre-existing medical condertion. But it was only one bad tooth, it got worse because they wouldn't do anything to help me.

**Claim III:** _____

_____

_____

Supporting Facts:

### E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? ____Yes ✓ No. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

a. Parties to previous lawsuit:

Plaintiff(s):_____

Defendant(s):_____

b. Name and location of court and docket number _____

c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?)
_____

d. Issues raised: _____

e. Approximate date of filing lawsuit:_____

f. Approximate date of disposition: _____

Rev. 5/96                                    4

2. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D.   ✓ Yes ___ No.

If your answer is "Yes," briefly describe how relief was sought and the results.
From RN and staff (Duputy's) Got none From others
Got real bad they had to talk me to hospital. Because I got
no medical from Medica (or Depity's at Park county Jail.

3. I have exhausted available administrative remedies. ___ Yes ✓ No. If your answer is "Yes," briefly explain the steps taken. Attach proof of exhaustion. If your answer is "No," briefly explain why administrative remedies were not exhausted.
I asked for peapoeditly For Step/grievance From all depitys
and Cpls, 3-4 times a day. All they would tell me is well bring you
one. But no one ever did!

### F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in a court of the United States, while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."

   a. Parties to previous lawsuit:

      Plaintiff(s):_____

      Defendant(s):_____

   b. Name and location of court and docket number _____

   c. Grounds for dismissal: ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted.

   d. Approximate date of filing lawsuit:_____

   e. Approximate date of disposition: _____

Rev. 5/96                                  5