Saenz, Raul #124970

this is my address for now

2925 E. Las Vegas St.
Colo. Springs, CO, 80294-3582

If any more information is needed.

'10 - CV - 00930

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 19 2010
GREGORY C. LANGHAM
CLERK

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 26 2010
GREGORY C. LANGHAM
CLERK