OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**



017H15524679
HASLER $1.73⁰
04/26/2010
Mailed From 80202

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 03 2010

GREGORY C. LANGHAM
　　　　　　CLERK

10-cv-00930-BNB
DOC #1

Raul Saenz
Prisoner No. 124970
Park County Jail
P.O. Box 965
Fairplay, CO 80440



NIXIE    3001 1    18 04/29/10

RETURN TO SENDER
ATTEMPTED-NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER



ANK REFUSED



ANK REFUSED



RECEIVED
APR 27 2010
Park County Sheriff's Office
Fairplay, Colorado

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 26 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '10 - CV - 00930 BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

RAUL SAENZ, DOC 124970, Park County Jail No. 0004898,

Plaintiff,

v.

PARK COUNTY JAIL,

Defendant.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a letter to the court and a "Prisoner's Civil Rights Complaint." He has failed either to pay the $350.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.