IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. __10-CV-00930__
(To be supplied by the court)

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 4 2010

GREGORY C. LANGHAM
CLERK

__Raul Saenz 124970__, Plaintiff,

v.

__P. Cournty (Nurse) Park County Jail__

__Dupity's Park County Jail__,

__Capt. Park County Jail__,

_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

**PRISONER COMPLAINT**

(Rev. 1/30/07)

## A. PARTIES

1. Raul Saenz 124970 2925 E. Las Vegas St. Colo.Spgs. CO. 80291
   (Plaintiff's name, prisoner identification number, and complete mailing address)

2. P. County R.N.(Head) P.O. Box 965 Fairplay, CO. 80440
   (Name, title, and address of first defendant)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No (CHECK ONE). Briefly explain your answer:

   Mrs. County was working at Park County Jail.

3. Cpt. (Name unknown) Cpt. at Park County Jail P.O. Box 965 Fairplay, CO, 80440
   (Name, title, and address of second defendant)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No (CHECK ONE). Briefly explain your answer:

   Cpt. was present at Park County Jail and was a ware of abuse to self (me)

4. Dupity's on duty Jailor's P.O. Box 965 Fairplay, CO 80440
   (Name, title, and address of third defendant)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No (CHECK ONE). Briefly explain your answer:

   Dupity's on duty.

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

(Rev. 1/30/07)                            2

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to: (check one if applicable)

    ☑ 28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

    ___ 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

    Failer to provied Aid.

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

Violation of my Eight Amendment rights medical care/ Diabete's. From Medical staff and Dupity's failing to render aid. From both Dupity's and Medical staff when requested medical attention. Medical or Dupity's refused to give me any! But choose to leave me and look the other way. For 4 days no one would help me. After it got real bad, Medical finely went to see me in my cell, they had to take me to hospetal. Over 90% of my face was swallen, And infiction was getting in to my Blood stream.

(Rev. 1/30/07)                                    3

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1 of 3

1. Claim One: P. Courtney (RN) would not give me medical aid.

   Supporting Facts:

On 2-19-2010 I spoke with Mrs. P. Courtney (RN Head) about my allergy's to Food and med's and my Diabete's and that i had alot of dental problems, At that time in the pod with 20 other inmate's and a dupity i showed Mrs Courtney my teeth and face which was already swollen about 35% of my right side of my Face, The nurse just made a comment in front of dupity and 20 inmate's "You should have taken better care of your teeth". And then she truned around and walked away, lefted the pod. Everybody even the dupity hard what she said. later that nite due to the seriousness of my infiction in my mouth, And not being "able to eat, I started to feel real bad, I keeped asking for medical help, So did my celly Marlin Baylon Apdaca who arrived with me at Parks County Jail, No one would help me at all. All they (dupity's) would say is "I will let the nurse know", this was from 2-19-10 to 2-24-10, I was asking a dupity at the door to od, at lunch time on Fed. 20/10, I couldn't talk face was now swollen over 70%, i had to write everything down, I told the dupity to please help me. Buy this time a couple (older men) came to the door and read what i wrote down and that i was asking for help "please!!!"

(Rev. 1/30/07)

4

over

1 of 2

He looked at my face and saw how bad it was swollen. And the corpl. said he would get me something for the pain and swollen. He returned with 3 packs of orasal gal. 20% net wt. 0.75 g. and 800 mg. Ibuprophen (which i was allergic to). But being in so much pain i didn't understand what He (dupity) was giveing me. (I trusted Him (dupity)) I went to my cell to aply the orasal gal. and then took the Ibuprophen. As the orasal gal. started to work a little, I started thinking on what the corpl. had given. When i realize what he (dupity) had given me i jumped up and ran to my cell and started throwing up. Got the I.B.p. pill out. But was not feeling good. The nurse finely got there (older ladie 65yr.) and checked me out and gave me two Benadral. But nothing was done about my dental or diabetes problem or pain or food. I still havn't eat in 2 days now. On Feb. 20 after 8:30 pm, inmates started getting mad because dupitys or medical would not help me. 2-21-10 they finely started looking at me (dupity) By this time my face was over 90% swollen. Could bearly see out of my left eye. And my diabetes was acting up. Still no one would help me, All they would say is "the nurse know!" But still no nurse. I was left there in pain all nite suffering intall morning 2-22-10 and it was not intill after 10:00 AM before they (P. Courtney nurse) looked at me. At this time they took me to Denver Health in Denver, Colo. I was at Denver Health from 2-22-10 throw 2-25-10 was returned back to Park County Jail.   over

<mark>1-3</mark>

with medical packet from Denver Health. And meds and diet order. Did not recieve my meds only once's. When i got back that was it no diet at all. Just eat what i could to keep. Blood suger up! I let dupity's know, they tell me that's all I'm getting pur. Nurse (P. Courtny) order. On 2-22-10 my right side of face started to swalle up again and with much pain, I told dupity at lunch, he said there is nothing he can do, then started la because of my face being swollen it turned around and went to my cell. About 6:30 pm I couldn't take the pain and went down stairs and it was dinner time, showed another dupity, He pulled me out of the pod and took me to the day room, then they took me back to Denver Gen. in Denver, CO, they gave me something for pain and swollening, they asked me if i was taken the meds and eating my diet they had given me. I told them no. The Doctor and Nurse asked me why, I told them that i was just an inmate that they would have to ask Park County and Medical staff. I wrote a grievance because per the American Civel liberties union. All of this unjust and unethicle blatent disregarde for my health and will being is a clear vilatation of my civel rights

2. Claim Two: _____

   Supporting Facts:

3. Claim Three: _____

   Supporting Facts:

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes ✓ No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit: _____

2. Docket number and court name: _____

3. Claims raised in prior lawsuit: _____

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?): _____

5. If the prior lawsuit was dismissed, when was it dismissed and why? _____

6. Result(s) of any appeal in the prior lawsuit: _____

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?
   ✓ Yes ___ No (CHECK ONE).

2. Did you exhaust available administrative remedies? ✓ Yes ___ No (CHECK ONE).

(Rev. 1/30/07)                              7

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

Medical attion For dental and my Diabetes. And to be compationed for pain and suffering.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on 5/19/10
(Date)

_____
(Prisoner's Original Signature)

(Rev. 1/30/07)    8

```
                                                               FILED
                                                       UNITED STATES DISTRICT COURT
                IN THE UNITED STATES DISTRICT COURT         DENVER, COLORADO
                    FOR THE DISTRICT OF COLORADO
                                                            APR 26 2010
```

Civil Action No. '10 - CV - 00930 BnB          GREGORY C. LANGHAM

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

RAUL SAENZ, DOC 124970, Park County Jail No. 0004898,

    Plaintiff,

v.

PARK COUNTY JAIL,

    Defendant.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a letter to the court and a "Prisoner's Civil Rights Complaint." He has failed either to pay the $350.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.