IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-00930
(To be supplied by the court)

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 24 2010

GREGORY C. LANGHAM
CLERK

Raul Saenz 124920 Park County Jail / 100, 0004898, Plaintiff,

v.

Park County Jail

Medical P. Courtney (RN)

Capt. and Deputy, Defendant(s).

---

**PRISONER'S MOTION AND AFFIDAVIT
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915**

---

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. The nature of this action is:

   _____

   _____

(Rev. 11/01/04)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-00930
(To be supplied by the court)

Raul Saenz , Plaintiff,

v.

P. Courtney (Medical Nurse)
Dupity's Park County Jail
Capt. Park County Jail , Defendant(s).

PRISONER'S MOTION AND AFFIDAVIT
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. The nature of this action is:

(Rev. 11/01/04)

4. My assets and their value are listed below: (attach an additional page if necessary)

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

None

5. Are you in imminent danger of serious physical injury?

___ Yes  ✓ No  (CHECK ONE). If you answered yes, briefly explain your answer:

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  5/19/10
(Date)

_____
(Prisoner's Original Signature)

### Required Certification

You must attach to this motion and affidavit a certified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this action. You must obtain the certified copy of your trust fund account statement (or institutional equivalent) from the appropriate official of each penal institution at which you are or were confined during the six-month period.

(Rev. 11/01/04)                                          2

```
= INMATE BANKING ======= INMATE BANKING HISTORY ========== 05/09/2010 = Page  1

Account: 124970 SAENZ, RAUL B                           CMRC        CMRC/1A
      To:From Dates  03/10/2010: 05/09/2010
================================================================================
 Trans Date    Description         Deposits  Withdrawls    Balance     Loc
 ----------    -----------         --------  ----------    -------     ---
                                                              0.00
 03/10/2010 BALANCE AS OF 03/10/2010
 03/22/2010 INTAKE - CREDIT          0.32                     0.32     DU
 03/29/2010 JPAY CREDIT             40.00                    40.32     DU
 03/31/2010 RESTITUTION-03CR506               8.06           32.26     DU
 04/04/2010 MEDICAL EMERGENCY                 5.00           27.26     CH
 04/07/2010 1 INTAKE UNASSIGNED      0.23                    27.49     CH
 04/09/2010 Canteen Order #7358107           14.83           12.66     CH
 04/11/2010 MEDICAL EMERGENCY                 5.00            7.66     CH
 04/15/2010 MEDICAL EMERGENCY                 5.00            2.66     CH
 04/16/2010 Canteen Order #7378497            6.73           -4.07     CH
 04/21/2010 POSTAGE-DEBIT                     1.05           -5.12     CH
 04/23/2010 MEDICAL-CREDIT 4/04/10   5.00                    -0.12     CH
 04/23/2010 MEDICAL-CREDIT 4/11/10   5.00                     4.88     CH
 04/23/2010 MEDICAL-CREDIT 4/15/10   5.00                     9.88     CH
 04/30/2010 RESTITUTION-03CR506               0.05            9.83     CH
 05/01/2010 MEDICAL APPOINT                   3.00            6.83     CH
 05/02/2010 MEDICAL APPOINT                   3.00            3.83     CH
 05/04/2010 Canteen Order #7400584            6.27           -2.44     CH
 05/04/2010 MEDICAL APPOINT                   3.00           -5.44     CH
 05/07/2010 1 AM PAID STUDENTS       6.60                     1.16     CH
 05/07/2010 1 PM PAID STUDENTS       6.60                     7.76     CH
 05/09/2010 BALANCE AS OF 05/09/2010                          7.76
================================================================================
                    Total money order in hold:              0.00
                Current balance as of 05/09/2010:           7.76
                    **Reserved/Encumbered Monies:           2.64
                Available money as of 05/09/2010:           5.12
```

*[Signature]*
Case Manager
CMRC
(719) 390-0125 x238

*[Signature]* Raul Saenz #124970   Date 5/20/10

My Commission expires 3/11/2013

*[Signature]*
Notary Public.

Date 5/20/10

*[Notary seal: SHERRY J. BUSCH, NOTARY PUBLIC, STATE OF COLORADO]*