IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00930-BNB

RAUL SAENZ, 124970,

    Plaintiff,

v.

P. COURNTY, Nurse, Park County Jail,
DUPITY' [sic], Park County Jail, and
CAPT., Park County Jail,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL -7 2010

GREGORY C. LANGHAM
                     CLERK

## ORDER OF DISMISSAL

Plaintiff, Raul Saenz, is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Cheyenne Mountain Re-Entry Center. Mr. Saenz initiated this action by submitting a letter and a Complaint to the Court on April 19, 2010. On April 26, 2010, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action, and ordered Mr. Saenz to cure certain deficiencies in the action. Specifically, he ordered Mr. Saenz to submit a complaint on the court-approved form and either pay the filing fee or file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Saenz was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Saenz filed a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on May 24, 2010. On May 27, 2010, Magistrate Judge Boland granted Mr. Saenz leave to proceed *in forma pauperis*.

The May 27 Order requires Mr. Saenz to pay the full amount of the $350.00 filing fee in installments and directs him to pay an initial partial filing fee of $5.00 within thirty days or to show cause why he has no assets and no means to pay the initial fee by filing a current certified copy of his trust fund account statement. The Order warns Mr. Saenz that if he fails to have the initial partial filing fee sent to the Clerk of the Court by the designated deadline or to show cause why he has no assets and no means by which to pay the initial fee the Complaint would be dismissed without further notice.

Mr. Saenz has not communicated with the Court since May 24, 2010. Therefore, Mr. Saenz has now failed either to pay the initial partial filing fee within the time allowed, as designated in the May 27 Order, or in the alternative to show cause why he has no assets and no means by which to pay the designated fee. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for Mr. Saenz's failure either to pay an initial partial filing fee of $5.00 or to show cause why he has no assets and no means by which to pay the designated fee.

DATED at Denver, Colorado, this  7th  day of   July  , 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00930-BNB

Raul Saenz
Prisoner No. 124970
Cheyenne Mountain Re-Entry Center
2925 E. Las Vegas St.
Colorado Springs, CO 80294-3589

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/7/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk