IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00930-ZLW

RAUL SAENZ, 124970,

    Plaintiff,

v.

P. COURNTY, Nurse, Park County Jail,
DUPITY' [sic], Park County Jail, and
CAPT., Park County Jail,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL -7 2010

GREGORY C. LANGHAM
                  CLERK

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by the Court on July 7, 2010, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 7th day of July, 2010.

FOR THE COURT,

GREGORY C. LANGHAM, Clerk

By: _____
    Deputy Clerk