OFFICE OF THE CLERK
TED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

10-cv-00930-ZLW
Doc # 8 and 9

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 15 2010

GREGORY C. LANGHAM
CLERK

017H15524679
HASLER
$0.440
07/07/2010
Mailed From 80202
US POSTAGE

Raul Saenz
Prisoner No. 124970
Chey
2925      NIXIE      802   DE   1       00 07/13/10
Colo
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD
BC: 80294250099      *0320-05386-07-45

80294@2500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00930-ZLW

RAUL SAENZ, 124970,

    Plaintiff,

v.

P. COURNTY, Nurse, Park County Jail,
DUPITY' [sic], Park County Jail, and
CAPT., Park County Jail,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL -7 2010

GREGORY C. LANGHAM
                    CLERK

---

### JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by the Court on July 7, 2010, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 7th day of July, 2010.

                              FOR THE COURT,

                              GREGORY C. LANGHAM, Clerk

                              By: _____
                                  Deputy Clerk